JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIE TALOS, | Case No. 2:18-cv-00213-CAS-KES |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| M. ELIOT SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Habeas Petition for Lack of Jurisdiction,

IT IS ADJUDGED that the Petition (Dkt. 1) is dismissed without prejudice as an unauthorized second or successive petition under 28 U.S.C. § 2244(b)(2).

DATED: January 30, 2018

*Christina A. Snyder*

___
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE